# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| BASF CORPORATION,<br>   *Plaintiff,*<br><br>v.<br><br>FLORES BODY SHOP, INC.,<br>AND RICK FLORES,<br>   *Defendants.* | NO.   MO:24-CV-00010 |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 6) filed April 3, 2024. In its notice, Plaintiff indicates voluntarily dismissing claims against the Defendants with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*).  Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants have not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).  Each party shall bear its ow costs, expenses, and attorney fees. All pending motions are **DENIED** as **MOOT**.

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 4th day of April, 2024.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE